El Pueblo de Puerto Rico, demandante y apelado, *v.* Juan González Campos, acusado y apelante.

No. 3666.—*Sometido:* Marzo 8, 1929. *Resuelto:* Junio 19, 1929.

*Antonio Reyes Delgado,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

Juan González Campos fué convicto de portar un arma prohibida, y alega que la corte inferior erró al apreciar la prueba, y al interpretar cierta estipulación, y al aplicar la ley sin tener en cuenta el espíritu de la misma ni la intención del legislador.

González era mayordomo. Al regresar del trabajo a su hogar, transitaba por un camino público que cruza un predio de terreno propiedad de Benito Vega. González halló a Vega arando en su finca, y trabó conversación con él. Sobrevino una riña, y hubo prueba tendente a demostrar que González descendió de su caballo y penetró en la finca; que disparó una vez desde la carretera y tres veces después que la había dejado.

La teoría de la defensa fué que González no dejó la carretera voluntariamente, sino que fué llevado a la finca en el curso de una lucha. La evidencia fué contradictoria respecto a este extremo, y la conclusión del juez de distrito fué adversa a la contención del acusado.

La estipulación a que se refiere el apelante contenía la admisión de que el acusado había hecho varios disparos mientras se hallaba en la finca de Vega.

Se arguye que el juez sentenciador interpretó esta admisión como una confesión de culpabilidad, no obstante la alegada naturaleza involuntaria de la entrada del apelante en la finca de Vega. Los autos no revelan evidencia satisfactoria alguna al efecto de que la estipulación fuera mal interpretada.

La sección 5 de la ley que prohibe el que se porten determinadas armas, según fué enmendada en 1924, leyes de ese año, página 115, dispone:

"Las disposiciones de esta Ley no serán aplicables—

\* \* \* \* \* \* \*

"5. A la portación de armas dentro de la propia casa o finca;"

No deseamos imputarle a la Legislatura la intención de autorizar el que un mayordomo porte un arma mientras penetra en la finca de un vecino con intenciones hostiles.

*Debe confirmarse la sentencia recurrida.*